144 A.3d 705

## ROHRER

v.

## HUMANE SOCIETY OF WASHINGTON CO.

**Pet. Docket No. 186, Sept. Term, 2016**

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.

■

144 A.3d 705

## URS CORPORATION

v.

## FT. MYER CONSTRUCTION

**Pet. Docket No. 171, Sept. Term, 2016**

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.